# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROLANDO HALL,** | : |
| **Plaintiff** | : |
| | :     **CIVIL ACTION NO. 3:15-1113** |
| v. | : |
| | :     **(JUDGE MANNION)** |
| **LT. LIDWELL, et al.,** | : |
| **Defendants** | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The motion to dismiss filed on behalf of Defendants, Lt. Alan Lidwell and Correctional Officer Michael McConoughey (Doc. 17), is **DENIED**.

2. Defendants are directed to file an answer to the amended complaint within twenty-one (21) days of the date of this order.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 21, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1113-01-ORDER.revised.wpd