# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

ROLANDO HALL, :

   Plaintiff :

                            CIVIL ACTION NO. 3:15-1113

   v. :

                            (JUDGE MANNION)

LT. LIDWELL, et al., :

   Defendants :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion for summary judgment, (Doc. 38) is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of the Defendants on all claims and against the Plaintiff.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

                                             s/ *Malachy E. Mannion*
                                            **MALACHY E. MANNION**
                                            **United States District Judge**

**Date: September 20, 2019**

15-1113-02-ORDER